**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**GUTTEMBERG DIAS DE SOUZA, LINDOMBERG DIAS DE SOUZA, MELVA MENDEZ, FRANK CRUZ, MATHEWS CARDEAL, and SANTIAGO TEJEDA,**
individually and on behalf of all others similarly situated,

PLAINTIFFS

**V.**

**AMERICAN USED AUTO PARTS, INC., NEW AMERICAN USED AUTO PARTS, INC., D&B AUTO BODY COLLISION, INC., ALEX ROSA, an individual, and WENDY DIAZ, an individual.**

DEFENDANTS

Docket No.: 4:25-cv-40077

---

## THE DEFENDANTS ANSWER TO THE COMPLAINT

---

NOW COMES the Defendants, by and through counsel, who hereby submits this Answer in response to the Plaintiffs' Complaint and Demand for Jury Trial, that was filed on June 9, 2025 with the United States Federal District Court for the Commonwealth of Massachusetts. The Defendants respond, answer, and assert the following counterclaims in response to the numbered claims of the Complaint:

## I. SUMMARY OF THE ACTION

1. The Defendants deny the allegations set forth in the Summary of Action.

## II. PARTIES

2. The Defendants deny the allegations set forth in this paragraph.

3. The Defendants agree with the allegations set forth in this paragraph.

4. The Defendants agree with the allegations set forth in this paragraph.

5. The Defendants agree with the allegations set forth in this paragraph.

6. The Defendants agree with the allegations set forth in this paragraph.

7. The Defendants agree with the allegations set forth in this paragraph.

8. The Defendants take no position on the allegations set forth in this paragraph.

9. The Defendants deny the allegations set forth in this paragraph.

10. The Defendants deny the allegations set forth in this paragraph.

11. The Defendants deny the allegations set forth in this paragraph.

12. The Defendants take no position on the information set forth in this paragraph.

13. The Defendants deny the allegations set forth in this paragraph.

14. The Defendants take no position on the information set forth in this paragraph.

15. The Defendants take no position on the information set forth in this paragraph.

## III. JURISDICTION

16. The Defendants deny the information set forth in this paragraph.

17. The Defendants deny the information set forth in this paragraph.

18. The Defendants deny the information set forth in this paragraph.

## IV. VENUE

19. The Defendants deny the information set forth in this paragraph.

20. The Defendants deny the information set forth in this paragraph.

## V. FACTUAL BACKGROUND & GENERAL ALLEGATIONS

### A. Defendants Fail to Properly Compensate Plaintiffs Employees for Overtime and Make Unlawful Deductions to Their Weekly Pay

21. The Defendants deny the information set forth in this paragraph.

22. The Defendants deny the information set forth in this paragraph.

23. The Defendants deny the information set forth in this paragraph.

24. The Defendants deny the information set forth in this paragraph.

25. The Defendants deny the information set forth in this paragraph.

**B. Defendants Retaliate Against Plaintiff Employees, Extort Employees for Money, and Engage in Labor Exploitation**

26. The Defendants deny the information set forth in this paragraph.

27. The Defendants deny the information set forth in this paragraph.

28. The Defendants deny the information set forth in this paragraph.

29. The Defendants deny the information set forth in this paragraph.

30. The Defendants deny the information set forth in this paragraph.

31. The Defendants deny the information set forth in this paragraph.

32. The Defendants deny the information set forth in this paragraph.

33. The Defendants deny the information set forth in this paragraph.

34. The Defendants deny the information set forth in this paragraph.

35. The Defendants deny the information set forth in this paragraph.

36. The Defendants deny the information set forth in this paragraph.

37. The Defendants deny the information set forth in this paragraph.

**C. Defendants Constitute Joint Employers**

38. The Defendants admit to the information set forth in this paragraph.

39. The Defendants deny the information set forth in this paragraph.

40. The Defendants deny the information set forth in this paragraph.

41. The Defendants deny the information set forth in this paragraph.

**D. Plaintiffs Exhausted Their Administrative Remedies as to Their Wage Claims and Bring This Action**

42. The Defendants deny the information set forth in this paragraph.

43. The Defendants deny the information set forth in this paragraph.

44. The Defendants deny the information set forth in this paragraph.

45. The Defendants deny the information set forth in this paragraph.

## VI. DEFENDANTS GENERAL EMPLOYMENT PRACTICES

46. The Defendants deny the information set forth in this paragraph.

47. The Defendants deny the information set forth in this paragraph.

48. The Defendants deny the information set forth in this paragraph.

49. The Defendants deny the information set forth in this paragraph.

50. The Defendants deny the information set forth in this paragraph.

51. The Defendants deny the information set forth in this paragraph.

52. The Defendants deny the information set forth in this paragraph.

53. The Defendants deny the information set forth in this paragraph.

## VII. FLSA COLLECTIVE ACTION CLAIMS

54. The Defendants deny the information set forth in this paragraph.

55. The Defendants deny the information set forth in this paragraph.

56. The Defendants deny the information set forth in this paragraph.

## VIII. CLAIMS FOR RELIEF

57. The Defendants deny the information set forth in this paragraph.

58. The Defendants deny the information set forth in this paragraph.

59. The Defendants deny the information set forth in this paragraph.

60. The Defendants deny the information set forth in this paragraph.

61. The Defendants deny the information set forth in this paragraph.

62. The Defendants deny the information set forth in this paragraph.

63. The Defendants deny the information set forth in this paragraph.

64. The Defendants deny the information set forth in this paragraph.

65. The Defendants deny the information set forth in this paragraph.

66. The Defendants deny the information set forth in this paragraph.

67. The Defendants deny the information set forth in this paragraph.

68. The Defendants deny the information set forth in this paragraph.

69. The Defendants deny the information set forth in this paragraph.

70. The Defendants deny the information set forth in this paragraph.

## GENERAL DENIAL AND RESPONSE

The Defendants deny each and every allegation in the Plaintiffs' Complaint that has not been previously admitted, denied, or answered. The Defendants specifically deny that the Plaintiffs are entitled to any of the relief that it requests. The Defendant deny that the Plaintiffs are entitled to all relief requested with the Complaint and calls upon the Plaintiffs to prove the same.

## AFFIRMATIVE DEFENSES

In addition to the defenses set forth below, the Defendants expressly reserves the right to amend its Answer to assert additional defenses, counterclaims, cross-claims and/or by instituting third-party actions as additional facts are obtained in discovery and its investigation, which is ongoing.

### FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred, in whole or in part, because it lacks standing to seek the legal relief sought herein against the Defendant.

**THIRD AFFIRMATIVE DEFENSE**

The Plaintiffs' claims are barred, in whole or in part, as it failed to establish subject matter jurisdiction over the claims in which the Plaintiff asserts.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiffs' claims are barred, in whole or in part, as it failed to establish a proper venue.

**FIFTH AFFIRMATIVE DEFENSE**

The Plaintiffs' claims are barred, in whole or in part, as it failed to mitigate, minimize, or avoid any alleged damages sustained in connection with the underlying claim.

**SIXTH AFFIRMATIVE DEFENSE**

The Plaintiffs' claims are barred, in whole or in part, because the Plaintiff has suffered no actual damages as a result of the alleged conduct of Defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

The Plaintiffs' claims are barred, in whole or in part, due to the statute of limitations.

**WHEREFORE**, the Defendants respectfully requests that the Plaintiffs' Complaint be dismissed with prejudice, that judgment be entered for the Defendant on all count, that the Defendants be awarded costs and attorney's fees in defending against the Plaintiffs' Complaint, and that the Defendants be granted such other relief as this Court may deem just and proper.

Respectfully submitted,
*The Defendants*
By their Attorney,

/s/ Nicole Bluefort

______________________________

Nicole M. Bluefort, Esq.
The Law Offices of Nicole M. Bluefort
583 Chestnut Street, Unit 9
Lynn, MA 01904
Tel: (781) 593-1952
Fax: (781) 593-0221
nicole@bluefortlaw.com

## CERTIFICATE OF SERVICE

I, Nicole M. Bluefort, Esq., do hereby certify that on July 21, 2025, I served a true and accurate copy of *Defendant's Answer to Complaint* the following parties in this matter:

**By: Electronic Mail**
Ana Barros, Esq.
abarros@odulawfirm.com

**By: Electronic Mail**
Olayiwola Oduyingbo, Esq.
odu@odulawfirm.com

Respectfully submitted,

/s/ Nicole Bluefort

______________________
Nicole Bluefort, Esq.

BDK/NMB