# EXHIBIT B

**Secretary of the Commonwealth of Massachusetts**
William Francis Galvin

## Business Entity Summary

**ID Number: 203897679**

Request certificate New search

**Summary for: NEW AMERICAN USED AUTO PARTS, INC.**

**The exact name of the Domestic Profit Corporation:** NEW AMERICAN USED AUTO PARTS, INC.

**Entity type:** Domestic Profit Corporation

**Identification Number:** 203897679 **Old ID Number:**

**Date of Organization in Massachusetts:** 12-08-2005 **Date of Revival:**

**Date of Involuntary Dissolution by Court Order or by the SOC:** 06-30-2016 **Last date certain:**

**Current Fiscal Month/Day:** 12/31 **Previous Fiscal Month/Day:** 12/31

**The location of the Principal Office:**

Address: 9 ENVELOPE TERRACE
City or town, State, Zip code, Country: WORCESTER, MA 01604 USA

**The name and address of the Registered Agent:**

Name: WENDY A DIAZ
Address: 9 ENVELOPE TER
City or town, State, Zip code, Country: WORCESTER, MA 01604 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | WENDY A DIAZ | 378 A SUNDERLAND RD #1 WORCESTER, MA 01604 USA |
| TREASURER | WENDY A DIAZ | 378A SUNDERLAND#1 WORCESTER, MA 01604 USA |
| SECRETARY | WENDY A DIAZ | 378A SUNDERLAND #1 WORCESTER, MA 01604 USA |
| VICE PRESIDENT | ALEX M ROSA | 378 A SUNDERLAND RD #1 WORCESTER, MA 01604 USA |
| DIRECTOR | ALEX M ROSA | 378 A SUNDERLAND RD #1 WORCESTER, MA 01604 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CNP | 0 | 275,000 | $0 | 275,000 |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender

View filings

**Comments or notes associated with this business entity:**

New search