**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GUTTEMBERG DIAS DE SOUZA, LINDOMBERG DIAS DE SOUZA, MELVA MENDEZ, FRANK CRUZ, MATHEWS CARDEAL, and SANTIAGO TEJEDA, individually and on behalf of all others similarly situated,

PLAINTIFFS

V.

AMERICAN USED AUTO PARTS, INC., NEW AMERICAN USED AUTO PARTS, INC., D&B AUTO BODY COLLISION, INC., ALEX ROSA, an individual, and WENDY DIAZ, an individual.

Docket No.: 4:25-cv-40077

---

DEFENDANTS' MOTION TO CONTINUE

---

NOW COMES the Defendants in the above captioned matter on this Motion to Continue the Hearing scheduled for July 7, 2026. Please consider the following in consideration of this Motion:

1. The parties in this matter are presently scheduled for a hearing on July 7, 2026.
2. This hearing was rescheduled from August 4, 2026 on June 16, 2026.
3. However, Counsel for the Defendants has a hearing in Essex Probate and Family Court and the only other attorney with a federal bar license will be away on vacation..
4. Because of the short notice to advance this hearing, and because of the existence of a conflict with the two counsel for the Defendants, the Defendants are hereby requesting a continuance of the July 7, 2026 hearing.
5. The Defendants attempted to reach the Plaintiff via email and phonecall to discuss their assent but they never responded.
6. The Defendants would have no objection to this hearing being held on August 4, 2026.

Respectfully submitted,
*The Defendants*
By their Attorney,

/S/ *Nicole M. Bluefort*
Nicole M. Bluefort, Esq.
The Law Offices of Nicole M. Bluefort
583 Chestnut Street, Unit 9
Lynn, MA 01904
Tel: (781) 593-1952
Fax: (781) 593-0221
nicole@bluefortlaw.com

June 24, 2026

**CERTIFICATE OF SERVICE**

I, Nicole M. Bluefort Esq., hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on June 24, 2026.

*/s/ Nicole M. Bluefort*
Nicole M. Bluefort, Esq.