**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MATHEWS CARDEAL,<br>GUTTEMBERG DIAS DE SOUZA,<br>LINDOMBERG DIAS DE SOUZA,<br>MELVA MENDEZ, SANTIAGO TEJEDA<br>AND FRANK CRUZ,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN USED AUTO PARTS, INC.,<br>NEW AMERICAN USED AUTO PARTS,<br>INC., D&B AUTO BODY COLLISION,<br>INC., ALEX ROSA, an individual, and<br>WENDY DIAZ, an individual,<br><br>*Defendants*. | **Case No. 1:26-cv-00191** |

**JOINT PROPOSED SCHEDULING ORDER**
**PURSUANT TO FED. R. CIV. P. 16(b)**

NOW COME Plaintiffs, Mathews Cardeal, Guttemberg Dias De Souza, Lindomberg Dias De Souza, Melva Mendez, Santiago Tejeda and Frank Cruz (collectively, "Plaintiffs"), and Defendants, American Used Auto Parts, Inc., New American Used Auto Parts, Inc., D&B Auto Body Collision, Inc., Alex Rosa, and Wendy Diaz (collectively, "Defendants") pursuant to Fed. R. Civ. P. 16(b) and hereby jointly submit the within Proposed Scheduling Order for the Court's consideration:

1. **Initial Disclosures**. Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by August 4, 2026.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after August 4, 2026.

3. **Fact Discovery.** All fact discovery, other than expert discovery, shall be completed by April 5, 2027.

4. **Expert Discovery.**

   a. Plaintiffs shall make their expert disclosures as required by Fed. R. Civ. P. 26(a)(2) by May 5, 2027.

   b. Defendants shall make their expert disclosures as required by Fed. R. Civ. P. 26(a)(2) by June 7, 2027.

   c. All expert discovery shall be completed by July 7, 2027.

5. **Dispositive Motions.** All dispositive motions shall be filed by August 9, 2027.

Respectfully submitted,
Plaintiffs,

**MATHEWS CARDEAL, GUTTEMBERG DIAS DE SOUZA, LINDOMBERG DIAS DE SOUZA, MELVA MENDEZ, SANTIAGO TEJEDA AND FRANK CRUZ,**

By their attorneys,

*/s/ Olayiwola O. Oduyingbo*
Olayiwola O. Oduyingbo (#691768)
ODU Law Firm, LLC
888 Reservoir Avenue, 2nd FL
Cranston, RI 02910
Telephone: (401) 209-2029
odu@odulawfirm.com

Respectfully submitted,
Defendants,

**AMERICAN USED AUTO PARTS, INC., NEW AMERICAN USED AUTO PARTS, INC., D&B AUTO BODY COLLISION, INC., ALEX ROSA, AND WENDY DIAZ,**

By their attorneys,

*/s/ Benjamin D. Klub*
**Benjamin D. Klub**
Law Offices of Nicole Bluefort
583 Chestnut Street
Ste Unit 9
Lynn, MA 01904
781-593-1952
Fax: 781-593-0221
Email: benjamin@bluefortlaw.com

Dated: July 14, 2026

**CERTIFICATION**

I hereby certify that on July 14, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Olayiwola O. Oduyingbo* _
Olayiwola O. Oduyingbo, Esq.