AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Guttemberg Dias de Souza, et al.
*Plaintiff*
v.
American Used Auto Parts, Inc., et al.
*Defendant*

Case No. 4:25-cv-40077

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Guttemberg Dias de Souza, et al. .

Date: 8/13/2026

/s/ Tyler Brown
*Attorney's signature*

Tyler Brown (705170)
*Printed name and bar number*

Odu Law Firm, LLC
888 Reservoir Ave, Floor 2
Cranston, RI 02910
*Address*

tyler@odulawfirm.com
*E-mail address*

(401) 209-2029
*Telephone number*

(401) 217-2299
*FAX number*