**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GUTTEMBERG DIAS DE SOUZA, LINDOMBERG DIAS DE SOUZA, MELVA MENDEZ, FRANK CRUZ, MATHEWS CARDEAL, and SANTIAGO TEJEDA, individually and on behalf of all others similarly situated,

PLAINTIFFS

V.

AMERICAN USED AUTO PARTS, INC., NEW AMERICAN USED AUTO PARTS, INC., D&B AUTO BODY COLLISION, INC., ALEX ROSA, an individual, and WENDY DIAZ, an individual.

Docket No.: 4:25-cv-40077

---

DEFENDANTS' MOTION FOR SANCTIONS

---

NOW COMES the Defendants in the above captioned matter on this Motion for Sanctions. Please consider the following in support of this Motion:

1. The Defendants are seeking sanctions pursuant to Fed R. Civ. P. 37(a)(1)(A), whereby if a party fails to make disclosures under Rule 26(a), a party may move for appropriate sanctions.

2. Here, the Plaintiffs failed to make proper disclosures under Rule 26(a), as such, the Defendants move for sanctions.

3. The Defendants are seeking sanctions in the form of: the exclusion of witnesses; the exclusion of evidence; the exclusion of damages; and attorneys fees.

WHEREFORE, the Defendants hereby request that this Motion be granted.

Respectfully submitted,
*The Defendants*
By their Attorney,

/S/*Benjamin D. Klub*

Benjamin D. Klub, Esq.
MA BBO: 709358
The Law Offices of Nicole M. Bluefort
583 Chestnut Street, Unit 9
Lynn, MA 01904
Tel: (781) 593-1952
Fax: (781) 593-0221
nicole@bluefortlaw.com

September 29, 2026